# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA,   :   No. 284 MAL 2016
                                :
Respondent                      :
                                :   Petition for Allowance of Appeal from
                                :   the Order of the Superior Court
v.                              :
                                :
                                :
ERIC NIGEL TAULTON,             :
                                :
Petitioner                      :

## ORDER

**PER CURIAM**

    **AND NOW**, this 18th day of October, 2016, the Petition for Allowance of Appeal is **DENIED**.